UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

MATTHEW BURGOYNE

Plaintiff,

vs.

ROCK CREEK FIREFIGHTERS
ASSOCIATION, INC.; and ROCK CREEK
RURAL FIRE PROTECTION DISTRICT

Defendants.

Civil No. 1:20-cv-00511-CWD

**ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal submitted by Defendants (Dkt. 44) and to Fed. R.

Civ. P. 41(a), the above-captioned action is DISMISSED with prejudice, all parties to pay their

own costs and attorneys' fees.

DATED: January 17, 2023

_____

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE - 1**